IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK ALLEN,

    Plaintiff,

v.                                                                      4:12cv489-WS

DR. REDRIQUEZ, and
DR. SALVADOR,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 14, 2014. See Doc. 46. The magistrate judge recommends that this case be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 47) to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation should be adopted. This court agrees that the plaintiff has not stated a cognizable claim for relief against either defendant.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 46) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. Defendant Salvador's motion to dismiss (doc. 44) is DENIED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED for failure to state a claim."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___10th___ day of ___February___, 2014.

                             s/ William Stafford  
                             WILLIAM STAFFORD  
                             SENIOR UNITED STATES DISTRICT JUDGE